UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES HOBSON, RANDY FOWLER, ) <br> and MICHAEL CLEVELAND, ) <br> individually and on behalf of all other ) <br> similarly situated individuals ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> COMMUNICATIONS UNLIMITED, ) <br> INC. and C.U. EMPLOYMENT, INC. ) <br> ) <br> Defendants. ) | Civil Action No. <br> 1:10-cv-0734- RWS |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO STAY ARBITRATIONS OF ALEX GORDON AND MICHAEL CLEVELAND**
_____

On March 12, 2010 Plaintiff Michael Cleveland brought this lawsuit for unpaid overtime against his former employer, C.U. Employment, Inc. (Dkt. 1.) Shortly thereafter, Plaintiff Alex Gordon joined the case as an opt-in Plaintiff by filing his written consent with the Court. (Dkt. 8.) These claims were later stayed after Defendant informed Plaintiffs' Counsel that Plaintiffs Cleveland and Gordon, among others, were subject to arbitration agreements which Defendant intended to enforce. (Dkt. 15.)

In May, Plaintiffs Cleveland, Gordon and a number of other individuals represented by Plaintiffs' Counsel filed claims for unpaid overtime wages in

arbitration. Defendant, however, has refused to litigate the cases and has stopped any arbitration proceedings from going forward. Plaintiffs moved to compel arbitration (Dkt. 28) and the motion is now before the Court.

Defendant's current motion is unnecessary because the American Arbitration Association ("AAA") has already stayed both of these arbitrations for sixty days. On October 5, 2010, AAA stayed Mr. Gordon's arbitration for sixty days pending this Court's ruling on Plaintiffs' Motion to Compel Arbitration. Two weeks later, the same day that Defendant filed this motion, AAA stayed Mr. Cleveland's case. Consequently, Plaintiffs respectfully request that the Court deny Defendant's motion as moot.

Dated: November 2, 2010          NICHOLS KASTER, PLLP

/s/Michele R. Fisher
Michele R. Fisher, GA Bar No. 076195
Timothy C. Selander, MN Bar No. 0387016*
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 215-6870
Email: selander@nka .com
          fisher@nka.com
*admitted pro hac vice

John T. Sparks
AUSTIN & SPARKS, P.C.
2974 Lookout Place N .E., Suite 200
Atlanta, GA 30305
Telephone: (404) 869-0100

Fax: (404) 869-0200
Email: jsparks@austinsparks.com

ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE AND COMPLIANCE**

*James Hobson, Randy Fowler, and Michael Cleveland v. Communications Unlimited, Inc., and C.U. Employment, Inc.*

The undersigned counsel for Plaintiffs hereby certifies that this document has been prepared in 14 point Times New Roman Font in compliance with Local Rule 5.1. The undersigned further certifies that on November 2, 2010, the following document:

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO STAY ARBITRATIONS OF ALEX GORDON AND MICHAEL CLEVELAND**

was *served via ECF* to the following:

David E. Gevertz
Megan Ouzts
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
3414 Peachtree Road, Suite 1600
Atlanta, GA  30326


Dated: November 2, 2010          NICHOLS KASTER, PLLP

                                 s/ Michele R. Fisher
                                 Michele R. Fisher