# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMES HOBSON, individually and on behalf of all other similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> C.U. EMPLOYMENT, INC. <br><br> DEFENDANT. | Civil Action No. <br> 1:10-cv-0734-RWS |

## NOTICE OF RESOLUTION

COME NOW Plaintiff James Hobson and Defendant C.U. Employment, Inc., by and through their counsel and hereby notify the Court that the parties have resolved their dispute over Plaintiffs' reasonable attorneys' fees and costs. Accordingly, all issues in this case have been resolved.

Respectfully submitted this 17th day of August, 2011.

  /s/Timothy C. Selander
NICHOLS KASTER, PLLP
Timothy C. Selander
*Admitted Pro Hac Vice*
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
T: (612) 256-3200

F: (612) 215-6870
E: selander@nka.com

*Counsel for Plaintiffs*


    /s/Megan K. Ouzts
Megan Kreitner Ouzts, Esq.
GA Bar No. 142654
BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, PC
Suite 1600, Monarch Plaza
3414 Peachtree Rd. NE
Atlanta, Georgia 30326
T: (678) 406-8736
F: (678) 406-8836
E: mouzts@bakerdonelson.com

*Counsel for Defendant C.U. Employment, Inc.*


## Certificate of Compliance with Rule 5.1C

     I certify that this pleading was created using Times New Roman 14-point font.

/s Timothy C. Selander
Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMES HOBSON, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>C.U. EMPLOYMENT, INC.<br><br>DEFENDANT. | Civil Action No.<br>1:10-cv-0734-RWS |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date filed the parties' **NOTICE OF RESOLUTION** via the Court's ECF system, which will automatically send notification to the following attorneys of record:

BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, PC
Megan Kreitner Ouzts, Esq.
David. E. Gevertz, Esq.
mouzts@bakerdonelson.com
dgevertz@bakerdonelson.com

NICHOLS KASTER, PLLP
Michele R. Fisher
Paul J. Lukas
Timothy C. Selander
fisher@nka.com
lukas@nka.com
selander@nka.com

August 17, 2011                                           /s Timothy C. Selander
Date                                                              Counsel for Plaintiffs